**Order entered May 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is appellant and cross-appellant's April 30, 2019 agreed motion to reset briefing deadlines and direct the reporter to file a corrected and complete record. The parties explain the reporter's record filed April 16, 2019 omits (1) all pre-trial and post-trial hearings and exhibits; (2) the pre-admitted trial exhibits; (3) the supplemental exhibits consisting of the transcripts of video testimony presented to the jury; and (4) the transcripts of video and audio clips the parties played at trial. The parties request the briefing deadlines be set once the corrected and complete record is filed.

We **GRANT** the motion. *See* TEX. R. APP. P. 34.6(e). We **STRIKE** the April 16th reporter's record and **ORDER** court reporter Jackie Galindo to file, no later than May 31, 2019, a corrected reporter's record that includes (1) a transcript of the trial, including a transcript of all video and audio clips played at trial; (2) a transcript of all pre-trial and post-trial hearings; (3) the pre-admitted trial exhibits; and, (4) the supplemental exhibits consisting of the transcripts of the

video testimony presented to the jury.  We further **ORDER** opening briefs be filed no later than thirty days after the filing of the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Brenda Hull Thompson, Presiding Judge of Probate Court No. 1; Ms. Galindo; and, the parties.


/s/      KEN MOLBERG
         JUSTICE